

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1:19-PO-00012 SAB |
| vs. | ) | ORDER OF RELEASE |
| GABRIEL ZARATE, | ) | |
| Defendant. | ) | |

The above-named defendant having been sentenced to Time Served on September 3, 2019,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: September 3, 2019

ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

CC: USM served with copy on 9/3/19